Nathaniel WILLIAMS, Petitioner—
Appellant,

v.

Claude E. FINN, Respondent—
Appellee.

No. 09–16010.

United States Court of Appeals,
Ninth Circuit.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Aug. 10, 2010.*

Filed Aug. 26, 2010.

Carolyn M. Wiggin, Assistant Federal Public Defender, Daniel J. Broderick, Esquire, Federal Public Defender, Federal Public Defender's Office, Sacramento, CA, for Petitioner–Appellant.

Michael G. Lagrama, Office of the California Attorney General, Sacramento, CA, for Respondent–Appellee.

Before: HAWKINS, McKEOWN, and IKUTA, Circuit Judges.

### MEMORANDUM**

California state prisoner Nathaniel Williams appeals from the district court's judgment denying his 28 U.S.C. § 2254 habeas petition challenging the loss of good time credits following prison disciplinary proceedings for unlawful influence of staff. We have jurisdiction under 28 U.S.C. § 2253, and we affirm.

Williams contends that his due process rights were violated when he was denied the opportunity to call four staff witnesses at the prison disciplinary hearing. In light of the record, the witnesses' proposed testimony was irrelevant and any exclusion was harmless. Therefore, the California court's determination that Williams was afforded his due process rights was not contrary to, or an unreasonable application of, clearly established Supreme Court law. *See* 28 U.S.C. § 2254(d)(1); *see also Brecht v. Abrahamson,* 507 U.S. 619, 637, 113 S.Ct. 1710, 123 L.Ed.2d 353 (1993); *Wolff v. McDonnell,* 418 U.S. 539, 566, 94 S.Ct. 2963, 41 L.Ed.2d 935 (1974).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.